```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 18-03222-HWV
Lukas Allen Bennett                                                      Chapter 13
Amberelle Ellynn Bennett
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: pdf010              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         +Lukas Allen Bennett,    Amberelle Ellynn Bennett,    13305 Sawanna Ct,    Glen Rock, PA 17327-9040
5100127         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5091284        +Amex,   Po Box 297871,    Fort Lauderdale FL 33329-7871
5091283        +Amex,   Correspondence,    Po Box 981540,    El Paso TX 79998-1540
5091285         Best Buy Credit Servies,    PO Box 78009,    Phoenix AZ 85062-8009
5091288        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington DE 19850-5298
5091289        +Chase Card Services,    Po Box 15298,    Wilmington DE 19850-5298
5091291        +Citibank,   Po Box 6241,    Sioux Falls SD 57117-6241
5091290        +Citibank,   Centralized Bankruptcy,    Po Box 790034,    St Louis MO 63179-0034
5091293        +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls SD 57117-6497
5091292        +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis MO 63179-0034
5091295        +Citicards,   Po Box 6241,    Sioux Falls SD 57117-6241
5091294        +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis MO 63179-0040
5091296        +Citizens Bank/fm,    630 Plaza Dr Ste 150,    Highlands Ranch CO 80129-2750
5091282         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5103504        +Isam Waddah Nasr, MD,    Johns Hopkins Childrens Center,    Charlotte R. Bloomberg Children's,
                 1800 Orleans Street,    Baltimore, MD 21287-0010
5091304        +KHESLC/Kentucky Higher Education Student,    Po Box 24328,    Louisville KY 40224-0328
5091303        +KHESLC/Kentucky Higher Education Student,    Attention: Bankruptcy,    Po Box 798,
                 Frankfort KY 40602-0798
5095300        +Kentucky Higher Education,    Student Loan Corporation,    PO Box 24328,
                 Louisville KY 40224-0328
5110501        +M&T BANK,   P.O. BOX 1508,    BUFFALO, NY 14240-1508
5103502        +OSS ORTHOPEDIC HOSPITAL,    1861 POWDERMILL RD,    YORK, PA 17402-4723
5103501         Penn Highlands PHYSICIAN NETWORK,    1605 N CEDAR CREST BLVD,    STE 110B,
                 ALLENTOWN PA 18104-2351
5091307        +Pennymac,   6101 Condor Drive,    Suite 200,    Moorpark CA 93021-2602
5091308        +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles CA 90051-4387
5091309        +Pennymac Loan Services,    6101 Condor Dr,    Moorpark CA 93021-2602
5091311        +Pnc Bank,   Po Box 3180,    Pittsburgh PA 15230-3180
5091310        +Pnc Bank,   Attn: Bankruptcy Department,    6750 Miller Road; Mailstop Br-Yb58-10-3,
                 Brecksville OH 44141-3239
5103503         WellSpan Health,    PO BOX 742688,    Cincinnati OH 45274-2688
5103500        +YORK ENT Associates,    924 COLONIAL AVE.,    Building E,    YORK, PA 17403-3450
5091280        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5091287         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2018 19:13:29      Capital One,
                 15000 Capital One Dr,    Richmond VA 23238
5091286        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2018 19:13:39      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5099929         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2018 19:13:29
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5091297        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2018 19:13:21      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas NV 89193-8873
5091298        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2018 19:13:30      Credit One Bank,
                 Po Box 98872,    Las Vegas NV 89193-8872
5091302         E-mail/Text: mrdiscen@discover.com Sep 26 2018 19:07:03      Discover Financial,    Po Box 15316,
                 Wilmington DE 19850
5091300        +E-mail/PDF: pa_dc_ed@navient.com Sep 26 2018 19:13:29      Dept of Ed / Navient,    Po Box 9635,
                 Wilkes Barre PA 18773-9635
5091299        +E-mail/PDF: pa_dc_ed@navient.com Sep 26 2018 19:13:21      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr PA 18773-9635
5093383         E-mail/Text: mrdiscen@discover.com Sep 26 2018 19:07:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5091301        +E-mail/Text: mrdiscen@discover.com Sep 26 2018 19:07:03      Discover Financial,    Po Box 3025,
                 New Albany OH 43054-3025
5091281         E-mail/Text: cio.bncmail@irs.gov Sep 26 2018 19:07:05      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5111631         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2018 19:13:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5111630         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2018 19:13:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5091305         E-mail/Text: camanagement@mtb.com Sep 26 2018 19:07:08      M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville NY 14221
5091306         E-mail/Text: camanagement@mtb.com Sep 26 2018 19:07:08      M&T Credit Services,    Po Box 900,
                 Millsboro DE 19966
5103499         E-mail/Text: Bankruptcies@nragroup.com Sep 26 2018 19:07:25      National RECOVERY AGENCY,
                 PO Box 67015,    Harrisburg, PA 17106-7015
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5109733          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 19:13:21
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5091823         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 19:24:05
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5091312         +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2018 19:13:20      Syncb/Reeds Jewelers,
                  Po Box 965064,   Orlamdo FL 32896-5064
5091313         +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2018 19:13:38      Syncb/Reeds Jewelers,
                  C/o Po Box 965036,   Orland FL 32896-0001
5104196         +E-mail/Text: kcm@yatb.com Sep 26 2018 19:07:03     YORK ADAMS TAX BUREAU,    PO BOX 15627,
                  YORK, PA 17405-0156
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Amberelle Ellynn Bennett dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Lukas Allen Bennett dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Amber Bennett | | | |
|---|---|---|---|
| | Debtor 1 | Chapter: | 13 |
| | | Case No.: | 1:18-bk-03222 |
| Lucas Bennett | | | |
| | Debtor 2 | | |

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: September 26, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case – Revised 4/18